## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | | |
|---|---|---|
| SUPERCELL OY, | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | Case No. 2:20-cv-00084-JRG-RSP |
| | § | |
| GREE, INC, | § | |
| | § | |
| *Defendant*. | § | |

## ORDER

Before the Court is Plaintiff Supercell Oy's ("Supercell") Notice of Voluntary Dismissal (the "Notice"). (Dkt. No. 83.) In view of the Notice, which the Court **ACCEPTS AND ACKNOWLEDGES**, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), all claims and causes of action asserted by Supercell in the above-captioned action are **DISMISSED WITHOUT PREJUDICE**. All pending requests for relief not expressly granted herein are **DENIED AS MOOT**.

The Clerk of Court is directed to **CLOSE** the above-captioned case.

So ORDERED and SIGNED this 22nd day of June, 2020.

RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE